SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson ) | Case No. **2:12-cv-00430-JAM-DAD** |
| )  Plaintiff; ) | **ORDER RE: REQUEST FOR DISMISSAL** |
| vs. ) | |
| Chabil Parmar, et al, ) | |
| )  Defendant. ) | |

   IT IS SO ORDERED that the above-entitled action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1).

Date: 7/31/2012

/s/ John A. Mendez
U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-12-430-JAM-DAD- 1

PDF created with pdfFactory trial version www.pdffactory.com